In the Matter of J. LEWIS FOX, Petitioner, v. RICHARD E. STEWART, as Superintendent of Insurance of the State of New York, Respondent.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Brennan, JJ., concur.